No. 91–72. FEDERAL TRADE COMMISSION *v.* TICOR TITLE INSURANCE CO. ET AL. C. A. 3d Cir. Certiorari granted.

No. 91–126. WYATT *v.* COLE ET AL. C. A. 5th Cir. Certiorari granted.

No. 91–159. BARNHILL *v.* JOHNSON, TRUSTEE. C. A. 10th Cir. Certiorari granted.

No. 91–164. UNITED STATES *v.* THOMPSON/CENTER ARMS CO. C. A. Fed. Cir. Certiorari granted.

No. 90–1419. NATIONAL RAILROAD PASSENGER CORPORATION ET AL. *v.* BOSTON & MAINE CORP. ET AL.; and
No. 90–1769. INTERSTATE COMMERCE COMMISSION ET AL. *v.* BOSTON & MAINE CORP. ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 286 U. S. App. D. C. 1, 911 F. 2d 743.

No. 90–1745. UNITED STATES *v.* WILSON. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 90–1859. KEENEY, SUPERINTENDENT, OREGON STATE PENITENTIARY *v.* TAMAYO-REYES. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 90–1912. NORDLINGER *v.* HAHN, IN HIS CAPACITY AS TAX ASSESSOR FOR LOS ANGELES COUNTY, ET AL. Ct. App. Cal., 2d App. Dist. Motion of William K. Rentz for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 90–8466. RIGGINS *v.* NEVADA. Sup. Ct. Nev. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.